PROB 12C
(6/16)

Report Date: August 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Harry Anthony Williams | Case Number: 0980 2:14CR00179-RMP-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: January 6, 2016 | |
| Original Offense:    Involuntary Manslaughter, 18 U.S.C. §§ 1153 and 1112 | |
| Original Sentence:    Prison - 68 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:    Caitlin A. Baunsgard | Date Supervision Commenced: September 8, 2020 |
| Defense Attorney:    J. Houston Goddard | Date Supervision Expires: September 7, 2023 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: On July 30, 2021, Harry Williams allegedly violated the conditions of his supervision by failing to report to the undersigned officer as instructed.

On September 15, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On July 29, 2021, this officer received notification from the probation officer assigned to the Sobriety Treatment and Education Program (STEP) advising that she was unable to get in contact the offender. The undersigned subsequently attempted to contact Mr. Williams on that same date, but was also unsuccessful. The undersigned left the offender a voice message instructing him to report to this officer by 11 a.m. the next day, July 30, 2021.

On July 30, 2021, Mr. Williams failed to report to the undersigned officer as instructed.

Prob12C
**Re: Williams, Harry Anthony**
**August 4, 2021**
**Page 2**

    2    <u>**Standard Condition #6**</u>: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

    **Supporting Evidence**: On August 3, 2021, Harry Williams allegedly violated the conditions of his supervision by failing to notify this officer of a change in his residence.

    On September 15, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Williams, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

    On August 3, 2021, the undersigned officer attempted to make contact with the offender at his approved residence, as multiple attempts to contact him by telephone had been unsuccessful. According to the property management supervisor, Mr. Williams was never listed as an authorized occupant of the residence. This officer then met with the offender's mother at the apartment in question and she informed the assigned officer that Mr. Williams has not lived with her for quite some time. As of the writing of this report, the offender's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/04/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

8/4/2021
Date